UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OTTO LEE ISRINGHOUSE, <br> Dallas Cnty. Jail Bookin No. 19034496, <br><br> Plaintiff, <br><br> V. <br><br> OFFICER NFN TRAVIS and OFFICER NFN BROWN, <br><br> Defendants. | § § § § § § § § § § § § § | No. 3:18-cv-2212-B |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: JUNE 17th, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE